# AFFIDAVIT OF SERVICE

| Case:<br>4:21-CV-00970-SDJ | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION | County: | Job:<br>6550190 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>KEVIN TARVER, AS ADMINISTRATOR OF THE ESTATE OF DARIUS TARVER, DECEASED | | Defendant / Respondent:<br>THE CITY OF DENTON, TEXAS, MICHAEL HERNANDEZ, AND DOUG DOWNING | |
| Received by:<br>ABC PROCESS SERVICE | | For:<br>MCELDREW YOUNG PURTELL | |
| To be served upon:<br>MICHAEL HERNANDEZ, CITY OF DENTON, CITY SECRETARY | | | |

I, ERNEST DAHL, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** MICHAEL HERNANDEZ, CITY OF DENTON, CITY SECRETARY, 601 E Hickory St, Denton, TX 76205
**Manner of Service:** Personal/Individual, Jan 12, 2022, 5:05 pm CST
**Documents:** SUMMONS IN A CIVIL ACTION; PLAINTIFF'S AMENDED COMPLAINT (Received Jan 11, 2022 at 4:37pm CST)

**Additional Comments:**
1) Unsuccessful Attempt: Jan 12, 2022, 4:20 pm CST at 215 E McKinney St, Denton, TX 76201
City Secretary refused to accept service for subject.

2) Successful Attempt: Jan 12, 2022, 5:05 pm CST at 601 E Hickory St, Denton, TX 76205 received by MICHAEL HERNANDEZ, CITY OF DENTON, CITY SECRETARY. Age: 38; Ethnicity: Hispanic; Gender: Male; Weight: 205; Height: 5'8"; Hair: Black; Eyes: Brown;
Verbal verification of identity was made and documents served in person.

My name is ERNEST DAHL, my date of birth is 03/21/1966, and my address is 805 Manhattan Dr. , Denton, Tx 76209, and United States of America. I declare under penalty of perjury that the foregoing is true and correct.
Executed in DENTON County, State of TEXAS, on January 13, 2022.

_____  1/13/2022
ERNEST DAHL                Date
PSC-16818 EXP 05/31/2023

ABC PROCESS SERVICE
4834 Swiss Avenue
Dallas, TX 75204
1-800-361-2611

# AFFIDAVIT OF SERVICE

| Case:<br>4:21-CV-00970-SDJ | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION | County: | Job:<br>6463111 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>KEVIN TARVER, AS ADMINISTRATOR OF THE ESTATE OF DARIUS TARVER, DECEASED | | Defendant / Respondent:<br>THE CITY OF DENTON, TEXAS, MICHAEL HERNANDEZ, AND DOUG DOWNING | |
| Received by:<br>ABC PROCESS SERVICE | | For:<br>MCELDREW YOUNG PURTELL | |
| To be served upon:<br>CITY OF DENTON, CITY SECRETARY | | | |

I, ERNEST DAHL, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** CITY OF DENTON, ASSISTANT CITY SECRETARY, 215 E McKinney St, Denton, TX 76201
**Manner of Service:** Authorized, Jan 12, 2022, 4:20 pm CST
**Documents:** SUMMONS IN A CIVIL ACTION; PLAINTIFF'S AMENDED COMPLAINT; PLAINTIFF'S COMPLAINT; PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT EARLY DISCOVERY; ORDER (Received Jan 11, 2022 at 4:37pm CST)

**Additional Comments:**
1) Unsuccessful Attempt: Dec 17, 2021, 4:40 pm CST at 601 E Hickory St, Denton, TX 76205
This is the Denton Police Department. They say I need to go to 215 East McKinney Street.

2) Unsuccessful Attempt: Dec 17, 2021, 4:50 pm CST at 215 E McKinney St, Denton, TX 76201
They will not accept the documents as addressed to City of Denton C/O City Attorney's Office. They will accept City of Denton, City Secretary.

3) Successful Attempt: Jan 12, 2022, 4:20 pm CST at 215 E McKinney St, Denton, TX 76201 received by CITY OF DENTON, ASSISTANT CITY SECRETARY. Age: 30; Ethnicity: Caucasian; Gender: Female; Weight: 145; Height: 5'7"; Hair: Blond;
Verbal verification of identity was made as Catherine Welborn, City of Denton Assistant City Secretary. She stated she is authorized to accept legal documents for the City Secretary.

My name is ERNEST DAHL, my date of birth is 03/21/1966, and my address is 805 Manhattan Dr. , Denton, Tx 76209, and United States of America. I declare under penalty of perjury that the foregoing is true and correct.
Executed in DENTON County, State of TEXAS, on January 13, 2022.

_____   1/13/2022
ERNEST DAHL                                          Date
PSC-16818 EXP 05/31/2023

ABC PROCESS SERVICE
4834 Swiss Avenue
Dallas, TX 75204
1-800-361-2611