# AFFIDAVIT OF SERVICE

| Case: 4:21-CV-00970-SDJ | Court: IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION | County: | Job: 6550289 |
|---|---|---|---|
| Plaintiff / Petitioner: KEVIN TARVER, AS ADMINISTRATOR OF THE ESTATE OF DARIUS TARVER, DECEASED | | Defendant / Respondent: THE CITY OF DENTON, TEXAS, MICHAEL HERNANDEZ, AND DOUG DOWNING | |
| Received by: ABC PROCESS SERVICE | | For: MCELDREW YOUNG PURTELL | |
| To be served upon: DOUG DOWNING, CITY OF DENTON, CITY SECRETARY | | | |

I, ERNEST DAHL, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** DOUG DOWNING, CITY OF DENTON, CITY SECRETARY, 601 E Hickory St, Denton, TX 76205
**Manner of Service:** Personal/Individual, Jan 14, 2022, 7:40 pm CST
**Documents:** SUMMONS IN A CIVIL ACTION; PLAINTIFF'S AMENDED COMPLAINT (Received Jan 11, 2022 at 4:37pm CST)

**Additional Comments:**
1) Unsuccessful Attempt: Jan 12, 2022, 4:20 pm CST at 215 E McKinney St, Denton, TX 76201
City Secretary refused to accept service for subject.

2) Unsuccessful Attempt: Jan 12, 2022, 4:25 pm CST at 601 E Hickory St, Denton, TX 76205
Subject not working today. Will be in on Friday.

3) Successful Attempt: Jan 14, 2022, 7:40 pm CST at 601 E Hickory St, Denton, TX 76205 received by DOUG DOWNING, CITY OF DENTON, CITY SECRETARY. Age: 38; Ethnicity: Caucasian; Gender: Male; Weight: 250; Height: 6'2"; Hair: Brown; Other: Beard; verbal verification of identity was made and documents were served in person.

My name is ERNEST DAHL, my date of birth is 03/21/1966, and my address is 805 Manhattan Dr., Denton, Tx 76209, and United States of America. I declare under penalty of perjury that the foregoing is true and correct.
Executed in DENTON County, State of TEXAS, on January 14, 2022.

*[signature]* 1/14/2022

ERNEST DAHL           Date
PSC-16818 EXP 05/31/2023

ABC PROCESS SERVICE
4834 Swiss Avenue
Dallas, TX 75204
1-800-361-2611