IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KEVIN TARVER,           Plaintiff, | § § § | |
| v. | § § | Cause No. 4:21-CV-00970-SDJ |
| | § | Jury Requested |
| CITY OF DENTON, TEXAS et. al.,           Defendants. | § § | |

## JURY DEMAND BY DEFENDANTS

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Defendants who makes and files this Jury Demand and for same, Defendants state the following:

Defendants respectfully requests a trial by jury of all issues of triable fact in the above cause.

Respectfully submitted,

By:   **/s/ Joe C. Tooley**
State Bar No. 20129750
510 Turtle Cove, Suite 112
Rockwall, Texas 75087
(972) 722-1058
(972) 722-1070 (Facsimile)
Joe@TooleyLaw.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record for Plaintiff in accordance with the Federal Rules of Civil Procedure, as modified by this Honorable Court's ECF Orders, on this 01st day of February, 2022.

**/s/ Joe C. Tooley**