IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KEVIN TARVER, §<br>    Plaintiff, §<br> §<br>v. §<br> §<br>CITY OF DENTON, TEXAS et. al., §<br>    Defendants. § | Cause No. 4:21-CV-00970-SDJ<br>Jury Requested |

### DEFENDANTS' AMENDED COPORATE DISCLOSURE STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Defendants who make and file this Amended Corporate Disclosure Statement in the above matter.  For same, Defendants state the following:

Defendants identify the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which may have a financial interest in the outcome of this litigation.

1. Plaintiff Kevin Tarver;

2. Counsel of record for Plaintiff:  John Joseph Coyle III, McEldrew Young, 123 S. Broad St., Suite 2250, Philadelphia, PA  19109,  Phone: 215-545-8800.  Fax:215-545-8805. jcoyle@mceldrewyoung.com;

3. Defendant City of Denton, Texas;

4. Defendant Doug Downing, Denton Police Dept.  601 E. Hickory St., Denton, Tx.  Phone: 940-349-8181.

5. Defendant Michael Hernandez, Denton Police Dept.  601 E. Hickory St., Denton, Tx. Phone:  940-349-8181.

6. Counsel of record for above Defendants:   Joe C. Tooley, 510 Turtle Cove Blvd., Suite 112, Rockwall, Texas 75087.  Phone: 972-722-1058 Fax:  972-722-1070.   joe@tooleylaw.com;

7. Indemnitor for the individual Defendants:   Defendant the City of Denton, Texas.

8. Potential excess carrier for Defendants:   Argonaut Insurance Company, c/o Sedgewick, 120 Broadway, Suite 900, New York, NY   10271.

Respectfully submitted,

By:   **/s/ Joe C. Tooley**
State Bar No. 20129750
510 Turtle Cove, Suite 112
Rockwall, Texas 75087
(972) 722-1058
(972) 722-1070 (Facsimile)
Joe@TooleyLaw.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record for Plaintiff in accordance with the Federal Rules of Civil Procedure, as modified by this Honorable Court's ECF Orders, on this 08th day of February, 2022.

**/s/ Joe C. Tooley**